UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PABLO GALVAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:18-CV-963-RLM-MGG |
| | ) |
| VINTAGE TRAILERS, LTD., | ) |
| | ) |
| Defendant. | ) |

**REPORT & RECOMMENDATION**

On April 24, 2019, this Court issued an order [DE 17] taking under advisement the Motion to Withdraw [DE 16] filed by Plaintiff's counsel, Christopher C. Myers and Ilene M. Smith. Myers and Smith sought to withdraw their appearances following the unexpected death of Plaintiff, Pablo Galvan, because their multiple efforts to communicate with Galvan's four surviving adult children about a survivorship claim failed. Accordingly, the Court ordered Galvan's heirs and devisees to file a report by June 15, 2019, advising the Court of their intentions to prosecute this case consistent with their rights of survivorship. Myers and Smith had not provided the Court with any names or contact information for the known heirs and devisees. Therefore, the Court directed counsel to send a copy of the order to Galvan's four adult children and any other known heirs or devisees.

On June 7, 2019, Myers and Smith filed a status report explaining that they had prepared a letter to Galvan's four adult children and attached copies of the Court's order and their Motion to Withdraw. After more than a month, Myers and Smith had

not received any communications from Galvan's heirs or devisees. As of this date, Galvan's heirs and devisees have filed nothing in this Court either.

As such, counsel and this Court have exhausted all means at their disposal to reach Galvan's heirs and devisees but without any success. Accordingly, good cause exists to justify Attorneys Myers and Smith's withdrawal as counsel of record for Galvan, who is now deceased. The Court **GRANTS** their Motion to Withdraw. [DE 16]. Attorneys Christopher C. Myers' and Ilene M. Smith's appearances are **TERMINATED**.

Without any communication from Galvan's heirs or devisees and without substitution of any other person or entity as the plaintiff in this action, the Court can only assume that this lawsuit has been abandoned. Therefore, the undersigned **RECOMMENDS** that Plaintiff Pablo Galvan's instant lawsuit be **DISMISSED** pursuant to Fed. R. Civ. P. 41(b).

> **NOTICE IS HEREBY GIVEN that within fourteen (14) days after being served with a copy of this recommended disposition a party may serve and file specific, written objections to the proposed findings and/or recommendations. Fed. R. Civ. P. 72(b). FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.**

Lacking the contact information for Galvan's known heirs and devisees, the Court **DIRECTS** Attorneys Myers and Smith to deliver this order to all of Galvan's known heirs and devisees by certified mail **IMMEDIATELY** to ensure that their rights to file written objections to this order are protected.

**SO ORDERED** this 20th day of June 2019.

                                                  s/Michael G. Gotsch, Sr.
                                                  Michael G. Gotsch, Sr.
                                                  United States Magistrate Judge