UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PABLO GALVAN, | ) |
| Plaintiff | ) ) ) |
| v. | ) Cause No. 3:18-cv-963 RLM-MGG ) |
| VINTAGE TRAILERS, LTD, | ) ) |
| Defendant | ) |

## ORDER ADOPTING RECOMMENDATION

On March 13, 2018, Magistrate Judge Michael G. Gotsch, Sr. entered his report and recommendation recommending that the court dismiss this lawsuit pursuant to Fed. R. Civ. P. 41(b) because the plaintiff's heirs and devisees haven't pursued this litigation and the case appears abandoned. [Doc. No. 21]. The parties had fourteen days to file any objections to the Magistrate Judge's recommendation, and those fourteen days have passed with no objections being filed. The court now adopts the Magistrate's recommendation as follows:

The court DISMISSES this case pursuant to Fed. R. Civ. P. 41(b).

SO ORDERED.

ENTERED:  July 9, 2019

/s/ Robert L. Miller, Jr.
Judge, United States District Court